IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR 259-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JUAN DAVID CRUZ-SANTOS, ) <br> a/k/a RICARDO BARRA ESTRADA, ) <br> a/k/a DAVID SANTOS, ) <br> a/k/a ROBERTO SOLTERO ) <br> _____) | **BILL OF INDICTMENT** <br><br> Violation: 8 U.S.C. §§ 1326(a) and (b)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 26, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**JUAN DAVID CRUZ-SANTOS,
a/k/a RICARDO BARRA ESTRADA,
a/k/a DAVID SANTOS,
a/k/a ROBERTO SOLTERO**

an alien previously removed from the United States on or about November 8, 2007, at or near Laredo, Texas, on or about March 12, 2012, at or near Brownsville, Texas, on or about April 9, 2012, at or near Calexico, California, on or about May 9, 2012, at or near Calexico, California, on or about February 11, 2014, at or near Brownsville, Texas, on or about November 9, 2016, at or near Del Rio, Texas, on or about December 10, 2016, at or near Hidalgo, Texas, on or about April 4, 2017, at or near Laredo, Texas, and on or about June 29, 2021, at or near Brownsville, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for

1

admission to the United States, and this occurred subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY